

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

June 19, 2015

Mr. Matthew Kolodoski
Mackoy Hernandez Qualls Brown & Zahn, LLP
6017 W. Main Street, Second Floor
Frisco, TX 75034
* DELIVERED VIA E-MAIL *

Ms. Jennifer L. Mathis
P.O. Box 820324
Dallas, TX 75382
* DELIVERED VIA E-MAIL *

RECEIVED
JUN 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RE:    Court of Appeals Number:    03-14-00148-CV
       Trial Court Case Number:    D-1-FM-12-002773

Style:    Mehmet Turan Erkan
          v. Habibe Nalan Erkan

Dear Counsel:

Mr. Kolodoski's Motion to Withdraw as Co-Counsel on behalf of appellant was granted by this Court on the date noted above.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *E. Talerico*
Liz Talerico, Deputy Clerk

cc:    Ms. Habibe Nalan Erkan



# COURT OF APPEALS

THIRD DISTRICT

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

RECEIVED
JUN 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W $ 000.41⁶
0001401603 JUN 22 2015

MS. HABIBE NALAN ERKAN
8804 TALLWOOD DRIVE
AUSTIN, TX 78759

NIXIE          787        DE 1270        0006/28/15

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 78711254747        *0893-00732-28-27

